**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REINSTATING APPEAL

Appellate case name:      Robert Moore v. The State of Texas

Appellate case numbers:  01-21-00012-CR

Trial court case numbers: 1672800

Trial court:                209th Judicial District Court of Harris County

      This case was abated and remanded to the trial court to conduct a hearing to address a motion for withdrawal and for appointment of new counsel for Appellant. *See* TEX. R. APP. P. 43.6. A supplemental clerk's record has been filed containing an order granting the withdrawal and an order appointing new counsel. Accordingly, the appeal is **reinstated**.

      It is so ORDERED.

Judge's signature: ____/s/ Sarah Beth Landau_____
                       Acting individually


Date:  __February 15, 2022_____